HUNGRY WARREN V. STATE.

No. 24262. February 9, 1949.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

GRAVES, Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The penalty assessed is a fine of $100.00.

The State's Attorney before this court has filed a motion to dismiss the appeal for the reason that the transcript contains no notice of appeal as required by Article 827, C. C. P., in order to confer jurisdiction herein.

The state's motion to dismiss is granted, and the appeal is ordered dismissed.